# First District Court of Appeal
## State of Florida

_____

No. 1D17-4839
_____

JAYME DOUCETTE,

Appellant,

v.

STACIE RICHARDSON,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

January 30, 2018

PER CURIAM.

DISMISSED. *City of Panama City v. Andina, Inc*, 63 So. 3d 908 (Fla. 1st DCA 2011).

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Austin Brown, E.T. Fernandez, III, Sorena S. Fallin and John Moffitt Howell of Fernandez Trial Lawyers, P.A., Jacksonville, for Appellant.

Rick Sichta, Susanne K. Sichta and Joseph Hamrick of The Sichta Firm LLC, Jacksonville, for Appellee.